# 618

Heard in the first division of this court for the first district at the February term, 1935. Opinion filed May 6, 1935.

Kenneth B. Kirk, for appellants. Harry A. Biossat and Nels H. Olson, for certain appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Violet Albrecht, appellee, v. Metropolitan Credit and Discount Corporation, appellant. Gen. No. 37,956.

 Heard in the first division of this court for the first district at the February term, 1935. Opinion filed May 6, 1935.

Luster & Luster, for appellant; Julian J. Luster and John M. Weiner, of counsel. Ross, Berchem & Hanson and Donald N. Berchem, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Charles G. Morgenroth and Marie Morgenroth, appellees, v. Midland Oil Company, appellant. Gen. No. 37,594.

 Heard in the first division of this court for the first district at the October term, 1934. McSurely, J., dissents. Opinion filed May 6, 1935.

Cassels, Potter & Bentley and Edward J. Rothman, for appellant; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel. Bernard W. Vinissky and Julius S. Neale, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Curt Teich and Company, Inc., appellee, v. Max Rigot Selling Agency, Inc., appellant. Gen. No. 37,898.

 Heard in the first division of this court for the first district at the December term, 1934. Opinion filed May 6, 1935. Rehearing denied May 20, 1935.

David S. Eisendrath and Taylor, Miller, Busch & Boyden, for appellant; David S. Eisendrath and James J. Magner, of counsel. Gustav E. Beerly, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Della Fisher, plaintiff in error, v. Guy A. Richardson et al., trading as Chicago Surface Lines, defendants in error. Gen. No. 37,953.